# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA
**v.**
### JERMAINE ROBERTS

☐ **Revocation** of Probation
■ **Revocation** of Supervised Release
☐ **Modification** of Supervision Conditions

**JUDGMENT IN A CRIMINAL CASE**

Case Number:     **CR 18-87-1-CJW**

USM Number:     **11198-030**

**John Bishop**
Defendant's Attorney

## THE DEFENDANT:

■ admitted guilt to violation(s)        **2d**        of the term of supervision.

■ was found in violation of        **3a-b, 4, 5, 6, 7**        after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3a-b | **Failure to Comply with Mental Health Treatment/Medication** | **11/15/2019** |
| 2d | **Failure to Comply with RRC Rules** | **10/10/2019** |
| 4 | **Failure to Maintain Employment** | **11/07/2019** |
| 5 | **New Law Violation** | **11/07/2019** |
| 6 | **Failure to Notify of Residence Change** | **11/07/2019** |
| 7 | **Failure to Follow USPO Instructions** | **11/08/2019** |

The defendant is sentenced as provided in pages 2 through    3    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■   The defendant was not found in violation of    **1, 2a, 2b, 2c, 2e**    and is discharged as to such violation(s).

☐   The Court did not make a finding regarding violation(s)

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**C.J. Williams**
**United States District Judge**
Name and Title of Judge

**December 5, 2019**
Date of Imposition of Judgment

Signature of Judge

December 5, 2019
Date

DEFENDANT:      **JERMAINE ROBERTS**
CASE NUMBER:   **CR 18-87-1-CJW**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

■ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **6 months.**

■ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that you be designated to a Bureau of Prisons facility in close proximity to your family which is commensurate with your security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p m.   on _____ .

☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

☐ before 2 p m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:        **JERMAINE ROBERTS**
CASE NUMBER:    **CR 18-87-1-CJW**

# SUPERVISED RELEASE

■ Upon release from imprisonment, No Term of Supervised Release is reimposed.

DEFENDANT:        **JERMAINE ROBERTS**
CASE NUMBER:    **CR 18-87-1-CJW**

SUPERVISED RELEASE